AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

NAIBEYE E. KOUMBAIRIA aka BEE
  DOB: 2-27-1974
  PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___February 8, 2006___ in ___Washington, D.C.___ county, in the _____ District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, NAIBEYE E. KOUBAIRIA aka BEE, for conspiracy to commit bank fraud

in violation of Title ___18___ United States Code, Section(s) ___1344___.

I further state that I am ___SA RYAN PETRASEK,  Special Agent with the UNITED STATES SECRET SERVICE___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
AUSA, PATRICIA STEWART   (202) 514-7064      RYAN PETRASEK, Special Agent
Sworn to before me and subscribed in my presence,   UNITED STATES SECRET SERVICE

_____          at   ___Washington, D.C.___
Date                                                      City and State

_____        _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT**

  **A. AFFIANT BACKGROUND**

  1. Your affiant in this matter, RYAN PETRASEK (hereinafter referred to as "affiant"), is a Special Agent with the United States Secret Service (hereinafter referred to as "USSS"), which is part of the United States Department of Homeland Security. Your affiant has been with the USSS since April 2005. Prior to that, your affiant was employed with the Washington, D. C. Metropolitan Police Department for four years. The affiant was assigned to the Seventh District as a patrol officer. Your affiant has conducted numerous investigations involving financial crimes, and has participated in the execution of numerous search warrants and arrests as both a Special Agent and as a Metropolitan Police Officer in the District of Columbia.

  2. As a Special Agent with the USSS, your affiant attended a three-month training program at the Federal Law Enforcement Training Center in Glynco, Georgia. The affiant received training in Financial Crimes Investigations, Introduction to Computer Crimes, Introduction to Computer Forensics and other white collar investigations. In addition, your affiant has received training in counterfeit currency, counterfeit financial obligations, identity theft, access device fraud, computer related crimes and asset forfeiture at the U.S. Secret Service Training Academy in Beltsville, Maryland. As a Metropolitan Police Officer, affiant received training in the execution of search and arrest warrants, Patrol tactics and courtroom testimony.

1

**B.    OBJECTIVE OF THE AFFIDAVIT**

3.  The objective of this affidavit is to establish probable cause for the arrest of NAIBEYE KOUMBAIRIA, of 5125 8th St N.W. Washington D.C., with a date of birth of xx-xx, 1974 and a social security number of xxx-xx-xxxx.

**C.    SOURCE OF EVIDENCE**

4.    Affiant is familiar with the facts and circumstances of this investigation. All relevant events described herein occurred in the District of Columbia, and the surrounding Metropolitan D.C. area. The information contained in this affidavit is based upon the affiant's personal knowledge obtained during this investigation, knowledge obtained from other individuals, including review of documents and audio-recordings related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and from information gained through my training and experience.  Since this affidavit is being submitted for the limited purpose of supporting an arrest warrant, I have not included every fact known to me concerning this investigation.  I have set forth only those facts which I believe are necessary to establish probable cause that the defendant named herein has violated the Conspiracy and Bank Fraud statutes.

**D.    FACTUAL BACKGROUND**

5.    Your affiant and other agents of the USSS have been conducting an ongoing

been conducting an ongoing investigation on a group of individuals involved in conspiracy to commit Bank Fraud. This investigation began on February, 8 2006, and has been ongoing to the present date. To date, over 500,000.00 dollars in counterfeit checks have been uttered at check cashing stores and financial institutions in the Washington D.C. metropolitan area. On August 12, 2006, Cooperating Witness (Hereinafter "C-1") was placed under arrest by the Metropolitan Police Department for violations of Title 18 USC 1344 Bank Fraud.

6. On August 15, 2006, C-1 stated to your affiant that in December,m it had been approached by a black male, who used the street name "BEE" (later identified as NAIBEYE KOUMBAIRIA). KOUMBAIRIA asked C-1 to cash "fake" (ie: counterfeit) checks that he produced in exchange for a percentage of the illicit profits received from the uttering of the said counterfeit checks. C-1 admitted to cashing approximately 10 counterfeit checks it received from KOUMBAIRIA. C-1 stated that KOUMBAIRIA produced counterfeit checks drawn on legitimate business accounts. C-1 stated that KOUMBAIRIA produced a new batch of counterfeit business checks using different compromised account information check, after each account was discovered to be compromised by the financial institutions. KOUMBAIRIA stated to C-1 that he obtained the business account information from an unknown source who worked inside a financial institution. C-1 stated that KOUMBAIRIA indicated that he had been producing "fake" (counterfeit) checks since 1997.

7. C-1 has been determined to be reliable by providing information about KOUMBAIRIA and the fraud scheme, such as: the make, color and approximant year of KOUMBAIRIA's vehicle, KOUMBAIRIA's drug arrest for possession of

3

Marijuana, and that KOUMBAIRIA was born in Africa. On January, 30 2007, C-1 positively identified NAIBEYE KOUMBAIRIA as the person known to it as "BEE" from KOUMBAIRIA's DC DMV photo.

8. On February 7, 2007, Cooperating Witness (Hereinafter "C-2") was interviewed by Agents of the USSS. C-2 has been proven to be reliable on numerous occasions. C-2 admitted to participating in the conspiracy to commit bank fraud with a person known to it as "BEE." C-2 stated it had met KOUMBAIRIA in summer of 2006, at which time C-2 revealed to KOUMBAIRIA that it worked at a nationally known financial institution. KOUMBAIRIA asked C-2 if it would like to make additional income by supplying KOUMBAIRIA with customer account information from the financial institution. C-2 agreed to supply KOMBAIRIA with account information in exchange for monetary compensation.

9. C-2 stated to Agents of the USSS that it supplied KOUMBAIRIA with approximately 15 account numbers and numerous copies of customer's business checks obtained from the financial institution. C-2 stated that KOUMBAIRIA explained to it that the information was used to produce "fake" (counterfeit) checks that would be cashed by persons who were in need of money. KOUMBAIRIA offered C-2 $500 dollars for each account that C-2 provided from the financial institution. C-2 stated that he only received between $100 to $200 dollars per account he provided to KOUMBAIRIA. C-2 stated that when questioned about the discrepancy, KOMBAIRIA stated that the other persons in the conspiracy needed to be paid a portion of the profits.

10. The account information provided by C-2 to KOUMBAIRIA was

4

subsequently used on counterfeit business checks that have been cashed in the D.C. Metropolitan area at various financial institutions and private check cashing businesses. C-2 provided verifiable information about KOUMBAIRIA such as; the make, model and color of KOUMBAIRIA vehicle, KOUMBAIRIA home address, and facts about KOUMBAIRIA's family. C-2 positively identified NAIBEYE KOUMBAIRIA as the person known to it as "BEE" from KOUMBAIRIA's DC DMV photo.

     11. Based upon the above statement of facts and circumstances, your affiant respectfully requests that an arrest warrant be issued for NAIBEYE KOUMBAIRIA for violation of 18 U.S.C. § 1344 conspiracy to commit bank fraud.

_____
Special Agent Ryan Petrasek
United States Secret Service

Sworn to and subscribed before me this 5th day of March, 20007

_____
John M. Facciola
United States Magistrate Judge
District of Columbia

5