# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

NAIBEYE E. KOUMBAIRIA aka Bee

**WARRANT FOR ARREST**

FILED
MAR 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER 07 - 080 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    NAIBEYE E. KOUMBAIRIA aka Bee
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK FRAUD

in violation of Title  18  United States Code, Section(s)  1344 .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature] John M. Facciola
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAR 0 5 2007
Date and Location

Bail fixed at $ _____   by _____
                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-5-07 | DAVID BALDWIN SDUSM | [signature] David Baldwin |
| DATE OF ARREST | | |
| 3-7-07 | | |